UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-20522-JLK

JOVAN FIGUEROA,

    Plaintiff,

vs.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER GRANTING MOTION TO STAY

THIS MATTER is before the Court upon the Defendant's Unopposed Motion to Stay Proceedings (DE 4) (the "Motion"), filed February 28, 2022. The parties seek to stay this matter pending the resolution of the Eleventh Circuit's *en banc* review in *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 994 F.3d 1341, 1344 (11th Cir. 2021), *opinion vacated and superseded on reh'g*, No. 19-14434, 2021 WL 4998980 (11th Cir. Oct. 28, 2021).

Accordingly, it is **ORDERED, ADJUDGED and DECREED** that the Motion **(DE 4)** be, and the same is, hereby **GRANTED**. The above-styled case is hereby **STAYED** until further order of the Court. The parties are instructed to notify the Court of the resolution of *Hunstein*. All pending deadlines and motions are hereby suspended; and dates for trial and calendar call will be set by separate Order of the Court.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida dated this 1st of March, 2022.

_[signature: James Lawrence King]_
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**   **All Counsel of Record**